JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON COLONELLI and DAVID MANCERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PANASONIC AVIONICS CORPORATION; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00803 JGB (SPx)<br><br>**ORDER RE: STIPULATION TO REMAND REMOVED ACTION** |

ORDER

## **ORDER**

Based on the foregoing stipulation and request of the Parties, the matter of *Aaron Colonelli and David Mancera v. Panasonic Avionics Corporation, et al.*, Case No. 5:20-cv-00803 JGB (SPx), is hereby remanded to the San Bernardino County Superior Court with each Party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 14, 2020

                                 Hon. Jesus G. Bernal
                                 United States District Court Judge